THE STATE OF NORTH DAKOTA, Respondent, v. NORTH AMERICAN CREAMERY COMPANY, Appellant.

(214 N. W. 503.)

**Dismissal — decision of U. S. Supreme Court controlling.**

Upon confession of error by the state in view of the decision of the United States Supreme Court in the case of Fairmont Creamery Co. v. Minnesota, 274 U. S. 1, decided subsequent to the entry of the judgment appealed from, the judgment is reversed and the action dismissed.

Opinion filed June 25, 1927.

Criminal Law, 17 C. J. § 3752 p. 369 n. 13.

Appeal from the District Court of Stark County, *Pugh,* J.
Reversed.

*Peterson, Jackson, & Brist* and *Sullivan, Hanley, & Sullivan,* for
appellant.

"It is inherent in the powers of the state to protect one citizen
against the 'unfair competition' of another citizen where such unfair
competition is used as a means to and with the intent to deprive such
other of his rightful enjoyment of property or the use thereof." State
v. Central Lumber Co. 24 S. D. 136, 123 N. W. 504.

"Practices may obtain which contravene no statute, and which,
nevertheless, would be deemed as morally dishonest and detrimental
to the public interest." 26 L.R.A. 42.

*George F. Shafer,* Attorney General, and *J. P. Cain* and *W. C.
Crawford,* for respondent.

"There is a strong presumption that a legislature understands and
correctly appreciates the needs of its own people; that its laws are
directed to problems made manifest by experience, and that its dis-
criminations are based upon adequate grounds." State v. Fairmont
Creamery Co. 162 Minn. 146, 202 N. W. 714.

"Within constitutional limits the legislature is the sole judge as
to what laws should be enacted for the protection and welfare of the
people and as to when and how the police power of the state is to be
exercised." State v. Drayton, 23 L.R.A.(N.S.) 1287, 117 N. W. 768.

Per Curiam. A criminal action having been brought against the
defendant herein for violation of chapter 104 of the Session Laws of
1917, as amended by chapter 127 of the Session Laws of 1925, and
set forth in § 2846 of the supplement to the Compiled Laws of the
state of North Dakota, and a trial had in the district court, the de-
fendant was found guilty of the violation of the said law and appeals
to this court. Since the appeal was taken the case of Fairmont Cream-
ery Co. v. Minnesota, 274 U. S. 1, 71 L. ed. 893, 52 A.L.R. 163, 47
Sup. Ct. Rep. 506, involving questions similar to those involved upon

the appeal herein, has been decided by the United States Supreme Court. In light of that decision the state has filed a confession of error herein and consents to the entry of an order for reversal of the judgment of conviction.

. The judgment is, therefore, reversed and the action dismissed.

BIRDZELL, Ch. J., and BURR, BURKE, CHRISTIANSON, and NUESSLE, JJ., concur.